IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RSL Funding, LLC, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Case No. 4:13-cv-01958 |
| George Norman Hill § | |
| a/k/a George Hill, § | |
| Defendant | |

### FINAL JUDGMENT CONFIRMING ARBITRATION AWARD

Came on to be heard RSL Funding, LLC and George Norman Hill's Joint Motion to Confirm Arbitration Award. George Norman Hill is also known as George Hill (collectively, "Mr. Hill").

After considering said motion, the responses, the pleadings on file in the case, including those filed by RSL Funding, LLC and Mr. Hill, the Court finds that the Motion has merit and should be granted. It is therefore

ORDERED and DECREED that the Arbitration Award dated June 3, 2013 (attached hereto and incorporated herein for all purposes) is confirmed in its entirety and hereby modifies the transfer order (also attached hereto and incorporated herein dated April 12, 2013 in Cause No. 2013-15493 styled as In the Matter of: A Transfer of Structured Settlement Payment Rights by George N. Hill, in the 189th Judicial District Court, Harris County, TX as provided in the award.

SIGNED this 8th day of July, 2013.

_____
JUDGE PRESIDING
Keith P. Ellison

Agreed as to form and substance:

/s/ Stewart A. Feldman
Stewart A. Feldman
State Bar No. 06887600
THE FELDMAN LAW FIRM LLP
Two Post Oak Central
1980 Post Oak Blvd., Suite 1900
Houston, TX 77056-3877
(713) 850-0700
(713) 850-8530 (fax)

*ATTORNEYS FOR PLAINTIFF*

George Norman Hill
a/k/a George Hill
22607 Kickapoo Road
Waller, TX 77484

*PRO SE*